McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED
SEP 06 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ENELIDA GARCIA ACEVEDO, and STEPHANI ANN TORRES, <br><br> Defendants. | CASE NO. 2:18-CR-179 MCE <br><br> 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin; 21 U.S.C. § 853(a) – Criminal Forfeiture |

## INDICTMENT

COUNT ONE: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

The Grand Jury charges: T H A T

ENELIDA GARCIA ACEVEDO, and
STEPHANI ANN TORRES,

defendants herein, on or about July 12, 2018, in the County of Tehama, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

///

///

///

1 | The Grand Jury further charges: T H A T

2 | ENELIDA GARCIA ACEVEDO,

defendant herein, committed this offense after she had been convicted of a felony drug offense that had become final, specifically, manufacture, delivery, or possession with intent to distribute methamphetamine, in violation of the Revised Code of Washington state, §69.50.401(2)(B), on or about July 29, 2014, in Clark County Superior Court in the State of Washington.

COUNT TWO: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin]

The Grand Jury further charges: T H A T

ENELIDA GARCIA ACEVEDO, and
STEPHANI ANN TORRES,

defendants herein, on or about July 12, 2018, in the County of Tehama, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges: T H A T

ENELIDA GARCIA ACEVEDO,

defendant herein, committed this offense after she had been convicted of a felony drug offense that had become final, specifically, manufacture, delivery, or possession with intent to distribute methamphetamine, in violation of the Revised Code of Washington state, §69.50.401(2)(B), on or about July 29, 2014, in Clark County Superior Court in the State of Washington.

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this indictment, defendants ENELIDA GARCIA ACEVEDO and STEPHANI ANN TORRES, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

　　a. All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendants are convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of

1 such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

      b.    A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendants are convicted.

   2.    If any property subject to forfeiture, as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendants are convicted:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

_____
FOREPERSON

[signature]

MCGREGOR W. SCOTT
United States Attorney

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

ENELIDA GARCIA ACEVEDO, and
STEPHANI ANN TORRES

## INDICTMENT

**VIOLATION(S):** 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine;
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Heroin;
21 U.S.C. § 853(a) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

Filed in open court this ___6th___ day

of ___September___, A.D. 20_18_

_____
*Clerk.*

Bail, $ __**NO BAIL WARRANT PENDING HEARING**__    Enelida Garcia Acevedo
                                                    Stephani Ann Torres

GPO 863 525

## United States v. Acevedo et al.
## Penalties for Indictment

**Defendants**
ENELIDA GARCIA ACEVEDO, and
STEPHANI ANN TORRES

**COUNT 1:**        **ALL DEFENDANTS**

VIOLATION:        21 U.S.C. § 841(a)(1) – Possession With Intent To Distribute Methamphetamine

PENALTIES:        Mandatory minimum of 10 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:**        **ALL DEFENDANTS**

VIOLATION:        21 U.S.C. § 841(a)(1) – Possession With Intent To Distribute Heroin

PENALTIES:        Mandatory minimum of 5 years in prison and a maximum of 40 years in prison; or; or
Fine of up to $5,000,000; or both fine and imprisonment
Supervised release of at least 4 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**   **all Defendants**

VIOLATION:        21 U.S.C. § 853(a)

PENALTIES:        As stated in the charging document