HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
ENELIDA GARCIA ACEVEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00179-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) STATUS CONFERENCE |
| ENELIDA GARCIA ACEVEDO and STEPHANI ANN TORRES, | ) Date: June 20, 2019 <br> ) Time: 10:00 a.m. <br> ) Judge: Hon. Morrison C. England, Jr. |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Paul Andrew Hemesath, attorney for Plaintiff, Daniel Lars Olsen, attorney for Stephani Ann Torres and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Enelida Garcia Acevedo, that the status conference, currently scheduled for June 20, 2019, be continued to October 17, 2019 at 10:00 a.m.

The reason is that defense counsel needs more time to conduct an investigation and conduct legal research.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 17, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation to Continue Status Conference -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: June 18, 2019  HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
ENELIDA GARCIA ACEVEDO

Dated: June 18, 2019  /s/ *Daniel Lars Olsen*
DANIEL LARS OLSEN
Attorney for Defendant
STEPHANI ANN TORRES

Dated: June 18, 2019  McGREGOR W. SCOTT
United States Attorney

/s/ Paul Andrew Hemesath
PAUL A. HEMESATH
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including October 17, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 20, 2019 status conference shall be continued until October 17, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE