1  McGREGOR W. SCOTT
   United States Attorney
2  PAUL HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,                CASE NO.  2:18-CR-179 MCE

12                          Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                   v.                     ORDER

14 ENELIDA GARCIA ACEVEDO, and              DATE: December 11, 2019
   STEPHANI ANN TORRES,                     TIME: 10:00 a.m.
15                                          COURT: Hon. Morrison C. England, Jr.
                            Defendants.
16

17                              **STIPULATION**
18
        1.      By previous order, this matter was set for status on December 11, 2019.  The Court later,
19
   by its own motion, ordered the status conference to be continued to January 23, 2020, and then later, to
20
   June 4, 2020.
21
        2.      By this stipulation, defendants to exclude time between December 11, 2019, and January
22
   31, 2020, under Local Code T4.  The parties will revisit the question of excluding time after January 31,
23
   2020, by that date or sooner.
24
        3.      The parties agree and stipulate, and request that the Court find the following:
25
        a)      The government has represented that the discovery associated with this case
26
   includes investigative reports and other information.  All of this discoverpy has been either
27
   produced directly to counsel and/or made available for inspection and copying.
28

   STIPULATION REGARDING EXCLUDABLE TIME        1
   PERIODS UNDER SPEEDY TRIAL ACT

1        b)      Counsel for defendants desire additional time to consult with their respective

2 clients, and conduct further investigation bearing on trial and/or plea strategy.

3        c)      Counsel for defendants believe that failure to grant the above-requested

4 continuance would deny them the reasonable time necessary for effective preparation, taking into

5 account the exercise of due diligence.

6        d)      The government does not object to the continuance.

7        e)      Based on the above-stated findings, the ends of justice served by continuing the

8 case as requested outweigh the interest of the public and the defendant in a trial within the

9 original date prescribed by the Speedy Trial Act.

10        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11 et seq., within which trial must commence, the time period of December 11, 2019 to January 31,

12 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13 T4] because it results from a continuance granted by the Court at defendant's request on the basis

14 of the Court's finding that the ends of justice served by taking such action outweigh the best

15 interest of the public and the defendant in a speedy trial.

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6   Dated:  January 6, 2020                            McGREGOR W. SCOTT
                                                       United States Attorney

7

8                                                      /s/ PAUL HEMESATH
                                                       PAUL HEMESATH
                                                       Assistant United States Attorney
9

10

11   Dated:  January 7, 2020                           /s/ MIA CRAGER
                                                       MIA CRAGER
                                                       Counsel for Defendant
12                                                     ENELIDA GARCIA ACEVEDO

13

14   Dated:  January 6, 2020                           /s/ DANIEL OLSEN
                                                       DANIEL OLSEN
                                                       Counsel for Defendant
15                                                     STEPHANI ANN TORRES

16

17                                  **ORDER**

18        IT IS SO ORDERED.

19

20  Dated:  January 8, 2020

21

22                                                     MORRISON C. ENGLAND, JR.
                                                       UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28