McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>       v.<br><br>ENELIDA GARCIA ACEVEDO, and<br>STEPHANI ANN TORRES,<br><br>                  Defendants. | CASE NO. 2:18-CR-179 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 31, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on January 31, 2020. The Court later, by its own motion, ordered the status conference to be continued to January 23, 2020, and then later, to June 4, 2020.

2.      By this stipulation, defendants to exclude time between January 31, 2020, and June 4, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes investigative reports and other information. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Additional discovery—telephone records—was recently provided, upon request by defendant Acevedo.

1   Defendant Acevedo has also requested further discovery, which the government is currently
2   attempting to obtain.

3         b)      Counsel for defendants desire additional time to consult with their respective
4   clients, and conduct further investigation bearing on trial and/or plea strategy.

5         c)      Counsel for defendants believe that failure to grant the above-requested
6   continuance would deny them the reasonable time necessary for effective preparation, taking into
7   account the exercise of due diligence.

8         d)      The government does not object to the continuance.

9         e)      Based on the above-stated findings, the ends of justice served by continuing the
10  case as requested outweigh the interest of the public and the defendant in a trial within the
11  original date prescribed by the Speedy Trial Act.

12        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13  et seq., within which trial must commence, the time period of January 31, 2020 to June 4, 2020,
14  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
15  because it results from a continuance granted by the Court at defendant's request on the basis of
16  the Court's finding that the ends of justice served by taking such action outweigh the best interest
17  of the public and the defendant in a speedy trial.

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4        IT IS SO STIPULATED.

5

6    Dated:  February 6, 2020                 McGREGOR W. SCOTT
                                                     United States Attorney

7

8                                          /s/ PAUL HEMESATH
                                                     PAUL HEMESATH
9                                                    Assistant United States Attorney

10

11   Dated:  Februaryp 7, 2020             /s/ MIA CRAGER
                                                     MIA CRAGER
12                                                   Counsel for Defendant
                                                     ENELIDA GARCIA ACEVEDO

13

14   Dated:  February 8, 2020              /s/ DANIEL OLSEN
                                                     DANIEL OLSEN
15                                                   Counsel for Defendant
                                                     STEPHANI ANN TORRES

16

17                         **ORDER**

18       IT IS SO ORDERED.

19   Dated:  February 11, 2020

20

21           MORRISON C. ENGLAND, JR
                  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28