McGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00179-MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ENELIDA GARCIA ACEVEDO, and STEPHANI ANN TORRES, | DATE: November 12, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| DEFENDANTS. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 12, 2020.

2. By this stipulation, defendant now moves to continue the status conference until January 21, 2021, and to exclude time between November 12, 2020, and January 21, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and/or copying. The government is currently in the process of extracting data from phones seized on the day of the alleged violation.

When that data becomes available, the government will provide that information to the defendants. Counsel needs time to review the case and discuss the case with her client and both counsel wish to continue with conducting investigation and legal research.

   b) Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, and to discuss potential resolutions with his/her client, to prepare pretrial motions.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 12, 2020 to January 21, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 9, 2020         McGREGOR W. SCOTT
                  United States Attorney

                  /s/ PAUL HEMESATH
                  PAUL HEMESATH
                  Assistant United States Attorney

Dated:  November 9, 2020                    /s/ LINDA ALLISON
                                            LINDA ALLISON
                                            Counsel for Defendant
                                            ENELIDA GARCIA ACEVEDO


Dated:  November 9, 2020                    /s/ DANIEL LARS OLSEN
                                            DANIEL LARS OLSEN
                                            Counsel for Defendant
                                            STEPHANI ANN TORRES


## FINDINGS AND ORDER

IT IS SO ORDERED.


Dated:  November 10, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE