|  | FILED |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | August 27, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ENELIDA GARCIA ACEVEDO,

    Defendant.

Case No.  2:18-cr-179-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ENELIDA GARCIA ACEVEDO  Case No. 2:18-cr-179-MCE  Charge 21 USC § 841(a)(1), from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        __X__ (Other): To be released at 9:30 AM on August 28, 2021 to the custody of Mr. Melvin Buford of the Federal Defender's Office.   Defendant is to be returned to the Sacramento County Jail no later than 1:15 PM on August 28, 2021.

Issued at Sacramento, California on August 27, 2021 at _3:12 pm_

                By:   /s/ Carolyn K. Delaney

                Magistrate Judge Carolyn K. Delaney